## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**C. JORSCH**                                                                                                       **PLAINTIFF**

**v.**                                                    **Case No. 4:26-cv-00334-KGB**

**DEXTER PAYNE**                                                                                              **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 3).  No party has filed objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court dismisses without prejudice plaintiff C. Jorsch's complaint for failure to prosecute (Dkt. No. 1).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 8th day of June, 2026.

Kristine G. Baker
Chief United States District Judge